IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 621-006 |
| | ) | |
| CAMERON EARL WILLIAMSON | ) | |

**O R D E R**

On August 16, 2021, the Court appointed Michael Williams Capron to represent Defendant. (Doc. no. 27.) Mr. Capron is unable to continue representation and therefore the Court **TERMINATES** the appointment of Mr. Capron, and **APPOINTS** Matthew K. Hube, 14 Oak Street, Statesboro, Georgia 30458 to serve as Defendant's counsel. Mr. Capron shall file his CJA voucher within fourteen days of the date of this Order. The Court **ORDERS** the government to produce all discovery materials to Mr. Hube upon receipt of this Order. The Court will conduct a status conference at the United States District Court, Statesboro Division, 52 North Main Street, Statesboro, Georgia on January 31, 2022 at 10:00 a.m. In addition to serving Mr. Capron and the government, the Court **DIRECTS** the Clerk to serve this Order on Mr. Hube and Defendant.

SO ORDERED this 24th day of January, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA